**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: | :   Chapter 7 |
| | : |
| Start Man Furniture, LLC, et al. | :   Case No.: 20-10553-CTG |
| | : |
| Debtor. | : |
| | : |
| | : |
| Alfred T. Giuliano, *in his capacity as* | :   **MEDIATION STATUS REPORT** |
| *Chapter 7 Trustee of Art Van Furniture,* | : |
| *LLC, et al.* | : |
| Plaintiff, | : |
| v. | :   Adv. Proc. No.: 22-50215-CTG |
| | : |
| Pacific Coast Lighting, Inc., | : |
| | : |
| Defendant. | : |

       In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

      \_\_\_\_\_       Mediation is scheduled to occur on _____.

      \_\_\_\_\_       A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

      \_\_\_X\_\_\_       OTHER:  The Mediator expects to have a mediation date scheduled within the next 45 days.

Dated: <u>February 17, 2023</u>        Mediator

                      <u>*/s/ Ian Connor Bifferato*</u>
                      Ian Connor Bifferato (DE #3273)
                      The Bifferato Firm P.A.
                      1007 N. Orange Street, 4th Floor
                      Wilmington, DE  19801
                      Tel. (302) 225-7600
                      E-mail: cbifferato@tbf.legal